**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ADOLPHUS FISHER,  : No. 203 MAL 2017
:
Petitioner  :
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
v.  :
:
:
:
PENNSYLVANIA BOARD OF  :
PROBATION AND PAROLE,  :
:
Respondent  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.